IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSIE GLADSON                                                          PLAINTIFF

V.                                        4:08CV001783JMM

PHIL MASK, et al                                                        DEFENDANTS

## ORDER

Pending is Plaintiff's Motion to Amend Complaint. Defendants do not object to the motion. For good cause shown, the Court finds that the motion (Docket # 7) should be, and hereby is, GRANTED. The Clerk is directed to file the Plaintiff's First Amended Complaint.

IT IS SO ORDERED this 17th day of February 2009.

_____
James M. Moody
United States District Judge