IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSIE GLADSON, individually, and in
Her capacity as Personal Representative
Of the Estate of Brad Stephen Abercrombie,
Deceased                                                                                              PLAINTIFF

VS.                                  NO. 4:08-cv-1783-JMM

PHIL MASK, individually, and in his official
Capacity as Sheriff of Saline County, Arkansas;
BILL FIELDS, individually, and in his official
Capacity as Chief Deputy of the Saline County
Sheriff's Department; and, SALINE COUNTY,
ARKANSAS                                                                                          DEFENDANTS

## ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Come Phil Mask, Bill Fields, and Saline County, Arkansas, and for their Answer to Plaintiff's First Amended Complaint, state:

1. Allegations contained in Section I are denied to the extent that those allegations allege liability on the part of these Defendants.

2. These Defendants admit that the Court has jurisdiction and that venue is proper.

3. These Defendants have insufficient information to either admit or deny that Jessie Gladson is the personal representative of the estate of Brad Stephen Abercrombie, so must necessarily deny that allegation.

4. Defendant Phil Mask admits that he is a resident of Saline County, Arkansas, but denies the remaining allegations of paragraph 4.

5. Bill Fields admits that he is a resident of Saline County, Arkansas, but denies the remaining allegations of paragraph 5.

6. Defendant Saline County is not a proper party to this action. The Court should dismiss this

action as against Saline County.

      7. Defendants deny the allegations of paragraph 7.

      8. Defendants deny the allegations of paragraph 8.

      9. Defendants deny the allegations of paragraph 9.

      10. Defendants deny the allegations of paragraph 10.

      11. Defendants deny the allegations of paragraph 11.

      12. Defendants deny the allegations of paragraph 12.

      13. Defendants deny the allegations of paragraph 13.

      14. Defendants deny the allegations of paragraph 14.

      15. Defendants deny the allegations of paragraph 15.

      16. Defendants deny the allegations of paragraph 16.

      17. Defendants deny the allegations of paragraph 17.

      18. Defendants deny the allegations of paragraph 18.

      19. Defendants deny the allegations of paragraph 19.

      20. Defendants deny the allegations of paragraph 20.

      21. Defendants join Plaintiff in demanding trial by jury.

      22. Affirmatively, this action is barred by the doctrines of sovereign, statutory, and qualified immunity.

      23. Any injuries or damages sustained by Plaintiff or Plaintiff's decedent arose out of intervening causation on the part of Willie Stephen Potter.

      24. Specifically with regard to paragraph 20(c), an action for negligence is not actionable under 42 U.S.C. § 1983.

25. Plaintiff's First Amended Complaint does not state a claim upon which relief can be granted.

26. Any award of punitive damages constituting a multiplier of compensatory damages in excess of the greatest multiplier permitted by the most recent decisions of the United States Supreme Court constitutes a violation of these Defendants' rights under the Due Process Clause of the Fourteenth Amendment to the Constitution of the United States.

WHEREFORE, these Defendants pray that Plaintiff's First Amended Complaint be dismissed; for costs, including attorney's fees; and for all other proper relief.

/s/George D. Ellis
GEORGE D. ELLIS (ARK. BAR NO. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
P.O. Box 2307
Benton, Arkansas 72018
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2009, I electronically filed the foregoing Answer to Plaintiff's First Amended Complaint with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties in interest.

/s/ George D. Ellis
GEORGE D. ELLIS