IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION

JESSE GLADSON, individually, and
in her capacity as Personal Representative
of the estate of Brad Stephen
Abercrombie, deceased                                                              PLAINTIFF

V.                            NO. 4:08CV001783 JMM

PHIL MASK, individually and his
official capacity as sheriff of
SALINE COUNTY, ARKANSAS, ET AL.                                        DEFENDANTS

## ORDER

There being no objection on the part of Plaintiff, defendant Saline County, Arkansas's Uncontested Motion to Dismiss is granted (#34) and the above cause is dismissed without prejudice as against Saline County, Arkansas.

IT IS SO ORDERED this  3   day of  March , 2010.

_____
James M. Moody
United States District Judge