IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSIE GLADS0N, individually, and in
Her capacity as Personal Representative
Of the Estate of Brad Stephen Abercrombie,
Deceased                                                                                          PLAINTIFF

VS.                                         NO. 4:08cv01783 JMM

PHIL MASK, individually, and in his official
Capacity as Sheriff of Saline County, Arkansas;
BILL FIELDS, individually, and in his official
Capacity as Chief Deputy of the Saline County
Sheriff's Department; SALINE COUNTY,
ARKANSAS; and the CITY OF BENTON,
ARKANSAS                                                                                     DEFENDANTS

## ORDER

Plaintiff has filed a Motion for Voluntary Nonsuit. The Court finds that Plaintiff's motion (Docket # 49) should be, and hereby is, GRANTED. The Court notes that Plaintiff's right to re-file the case against these Defendants is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiff may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiff re-files the action against the Defendants.

The jury trial scheduled July, 5, 2010 is canceled. All pending motions are moot.

The Clerk is directed to close the case.

IT IS SO ORDERED this 21st day of May, 2010.

_James M. Moody_
James M. Moody
United States District Judge